■ In the Matter of ANWATZ HAQUE, Petitioner, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, et al., Respondents. [902 NYS2d 486]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered

February 1, 2010) to review a determination of respondents. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see *Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.